**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| VINCENT KELLY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:16-cv-01371 |
| | ) | Judge Trauger |
| SOUTHERN HEALTH PARTNERS, ET AL., | ) | Magistrate Judge Holmes |
| | ) | |
|     Defendants | ) | |

## **O R D E R**

On June 29, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 10), to which no timely objections have been filed.  The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby ORDERED that all claims against defendants Bob Rial and Jeff Bledsoe are DISMISSED pursuant to 28 U.S.C. § 1915(A) and 42 U.S.C. § 1997(e)(c).

The action shall proceed against the remaining defendants.

It is further ORDERED that, within 30 days of the entry of this Order, the plaintiff shall file an amended complaint that more clearly and succinctly sets out the specific factual allegations upon which his claims against defendants Southern Health Partners, Inc., David Darnell, Rhonda Felts, and Jerome Holt are based, what each defendant is specifically alleged to have done, in what capacity each defendant is sued, and what relief the plaintiff seeks.  Upon the filing of the amended complaint, the defendants shall respond within 21 days.

The plaintiff is FOREWARNED that his failure to comply with this court's Order could result in the dismissal of this case.

This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 12th day of September 2016.

_____
ALETA A. TRAUGER
U.S. District Judge