# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VINCENT KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-1371 |
| ) | Judge Trauger |
| SOUTHERN HEALTH PARTNERS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On January 30, 2017 the magistrate judge issued a Report and Recommendation (Docket No. 47), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Southern Health Partners, Inc. (Docket No. 20) and the Motion for Summary Judgment filed by defendants Darnell, Felts, and Holt (Docket No. 37) are GRANTED, and this case is DISMISSED with prejudice.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 15th day of March 2017.

_____
ALETA A. TRAUGER
U.S. District Judge